IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01756-WYD-MJW

ROY FORMAN, M.D., et al.,

Plaintiff(s),

v.

BLUE SKY SHUTTLE, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion to Vacate Scheduling/Planning Conference of November 4, 2005, docket no. 4, is GRANTED. The Scheduling Conference set on November 4, 2005, at 9:00 a.m. is vacated and RESET to December 1, 2005, at 9:00 a.m. The parties shall submit their proposed scheduling order by November 25, 2005.

Date: October 31, 2005