IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01756-WYD-MJW

ROY FORMAN, M.D., et al.,

Plaintiffs,

v.

BLUE SKY SHUTTLE, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion to Vacate Scheduling/Planning Conference of December 1, 2005 and to Extend Deadline for Initial Disclosures (docket no. 8) is DENIED.

Date: November 23, 2005