IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01756-WYD-MJW

ROY FORMAN, M.D.,
CORY HILL, O.D. and
MELANIE HILL, O.D.,

    Plaintiffs,

v.

BLUE SKY SHUTTLE and
RACHID ZOUHAIR,

    Defendants.

## ORDER AMENDING SCHEDULING ORDER
( Docket No. 20 )

THIS MATTER HAVING COME before the Court on the parties' Stipulated Motion to Amend Scheduling Order, and the Court being fully advised in the premises; That the motion is granted and IT IS HEREBY ORDERED ~~that~~ the Scheduling Order shall be amended to reflect the following deadline extensions:

| | | |
|---|---|---|
| a. | Expert Disclosure Deadline | October 1, 2006 |
| b. | Rebuttal Expert Disclosures | October 15, 2006 |
| c. | Discovery Cut-Off | November 1, 2006 |

Done this 28th day of July, 2006.

BY THE COURT:

_/s/_

U.S. ~~DISTRICT COURT JUDGE~~