IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01756-WYD-MJW

ROY FORMAN, M.D.,
CORY HILL, O.D. and
MELANIE HILL, O.D.,

    Plaintiffs,

v.

BLUE SKY SHUTTLE and
RACHID ZOUHAIR,

    Defendants.

_____

**MINUTE ORDER AMENDING SCHEDULING ORDER
(DOCKET NO 22)**
_____

Entered By Magistrate Judge Michael J. Watanabe

THIS MATTER HAVING COME before the Court on the parties' Stipulated Motion to Amend Scheduling Order, and the Court being fully advised in the premises, GRANTS the motion. IT IS HEREBY ORDERED that the Scheduling Order shall be amended to reflect the following deadline extensions:

|     |     |     |
| --- | --- | --- |
| a.  | Expert Disclosure Deadline | November 1, 2006 |
| b.  | Rebuttal Expert Disclosures | November 15, 2006 |
| c.  | Discovery Cut-Off | December 1, 2006 |

Date: September 28, 2006

-----------------------------------------------------------------------------------------------------------