IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01756-WYD-MJW

ROY FORMAN, M.D., et al.,

Plaintiffs,

v.

BLUE SKY SHUTTLE, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Motion for Reconsideration of Court's Minute Order of November 20, 2006 Granting Defendant Rachid Zouhair's Motion to Amend Answer, which was filed on November 20, 2006 (Docket No. 31), is denied. Shortly after the court's first Minute Order of November 20, 2006, was issued (Docket No. 29), the court discovered the typographical error that stated that the motion was confessed and immediately issued an Amended Minute Order (Docket No. 30), which was electronically filed before plaintiffs' motion for reconsideration.

Date: November 21, 2006