IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01756-WYD-MJW

ROY FORMAN, M.D.,
CORY HILL, O.D. and
MELANIE HILL, O.D.,

      Plaintiffs,

v.

BLUE SKY SHUTTLE and
RACHID ZOUHAIR,

      Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice, filed April 25, 2007 (docket #47) of the Plaintiffs, Cory Hill, O.D. and Melanie Hill, O.D., and the Defendants, Blue Sky Shuttle and Rachid Zouhair, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is **GRANTED**, and the Complaint and all causes of action of the Plaintiffs, Cory Hill, O.D. and Melanie Hill, O.D., against these Defendants are dismissed with prejudice, each party to pay their or its own costs and attorneys' fees.

     Dated:  April 30, 2007

                           BY THE COURT:

                           s/ Wiley Y. Daniel
                           Wiley Y. Daniel
                           U. S. District Judge