IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01756-WYD-MJW

ROY FORMAN, M.D.;
CORY HILL, O.D.; and
MELANIE HILL, O.D.,

      Plaintiff(s),

v.

BLUE SKY SHUTTLE; and
RACHID ZOUHAIR,

      Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiff's Motion to Vacate and Reset Trial Date of December 17, 2007, filed July 17, 2007 (docket #57) is **GRANTED**.  Counsel for the parties shall call Chambers at (303) 335-2170, on or before **Monday, July 23, 2007**, to reschedule the trial date and the date for the final trial conference.

      Dated:  July 18, 2007