IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01756-WYD-MJW

ROY FORMAN, M.D.,
CORY HILL, O.D. and
MELANIE HILL, O.D.,

      Plaintiffs,

v.

BLUE SKY SHUTTLE and
RACHID ZOUHAIR,

      Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice, filed September 14, 2007 (docket #66) by Plaintiff Roy Forman, M.D., and Defendants Blue Sky Shuttle and Rachid Zouhair.  Upon review of the motion and file in this matter, it is hereby

ORDERED that the motion is **GRANTED**, and the Complaint and all causes of action of the Plaintiff Roy Forman and against these Defendants are **DISMISSED WITH PREJUDICE**, each party to pay their or its own costs and attorney's fees.

Dated:  September 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge